UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Heidi Renee Nelson,

Plaintiff,

v.

Sharon Dickey, et al.,

Defendant.

Civil No. 00-285 JRT/FLN

**ORDER**

---

Cindi S. Matt and Lawrence R. Altman for Plaintiff.
James Andreen for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on November 27, 2000, on Plaintiff's Motion to Compel Discovery [#12].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Compel Discovery [#12] is **GRANTED**. Defendants shall provide the Meeker County Jail log for January 22-25, 1998, within 10 days from receipt of this Order. The information contained in the logs shall not be made available to anyone other than Plaintiff's counsel, except information that clearly relates to the Plaintiff herself.

DATED: Dec. 14, 2000

FRANKLIN L. NOEL
Chief Magistrate Judge

DEC 15 2000