UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

File No: 00-CV-285 JRT/FLN

Heidi Renee Nelson,

Plaintiff,

vs.

**ORDER**

Sharon Dickey, individually and in her official capacity; Bruce Johnson, Meeker County Probation Officer, individually and in his official capacity; Joseph Lenz, Supervisor of the Meeker County Jail, individually and in his official capacity,

Defendants.

---

**THIS MATTER** came on before the undersigned Magistrate Judge of this District, pursuant the foregoing Stipulation of the parties. Upon review of the files and proceedings herein, as well as the Stipulation and documents,

**IT IS HEREBY ORDERED** that:

1. Defendants shall provide the Meeker County Jail Logs requested by Plaintiff in discovery and provided to this Court for its in camera review to Plaintiff, within 10 days from receipt of this Order.

2. The information contained in the jail log shall not be made available to anyone other than Plaintiff's counsel, except information that clearly relates to the Plaintiff herself.

BY THE COURT

Dated: 3/8/01

Franklin L. Noel
Chief Magistrate Judge
U.S. District Court

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK