ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Court File No.: 00-CV-285 JRT/FLN

Heidi Nelson

Plaintiff,

v.

**ORDER**

Sharon Dickey, individual and in her official capacity Bruce Johnson, Meeker County Probation Officer, individually and in his official capacity Joseph Lenz, Supervisor of The Meeker County Jail, individually and in his official capacity,

Defendants.

---

The above-entitled matter came on for hearing before the undersigned, Judge of United States District Court, upon defendant's motion to compel answers to interrogatories and to extend the discovery deadline.

Cindi S. Matt, JOHNSON, LARSON & PERTERSON, P.A., 908 Commercial Drive, Buffalo, MN 55313 and Lawrence R. Altman, 1600 Foshay Tower, 821 Marquette Avenue, Minneapolis, MN 55402-2919, appeared for and on behalf of plaintiff Heidi Nelson; and James R. Andreen, 100 Northland Plaza, 3800 West 80th Street, Minneanpolis, Minnesota 55431, appeared for and on behalf of defendants, the moving parties.

Based upon all the files, records and proceedings herein, the Court hereby makes the following:

**IT IS HEREBY ORDERED:**

1. That defendants' motion to compel is hereby **GRANTED**.

FILED APR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

2. That plaintiff shall have 15 days from the date of this order in which to respond to the outstanding discovery requests served by defendants.

3. The scheduling order of the Court, dated April 28, 2000, is extended to the extent it allows plaintiff to answer the interrogatories.

**BY THE COURT:**

Dated: 4/16/01

Magistrate Judge of District Court