**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Court File No.: 00-CV-285 JRT/FLN

Heidi Nelson,

Plaintiff,

v.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Sharon Dicke, individual and in her official capacity, Bruce Johnson, Meeker County Probation Officer, individually and in his official capacity, Joseph Lenz, Supervisor of The Meeker County Jail, individually and in his official capacity,

Defendants.

---

The undersigned attorneys hereby advise the Court that all claims, counterclaims and crossclaims by all parties in the above-entitled cause of action have been fully compromised and settled. Therefore,

**IT IS HEREBY STIPULATED AND AGREED**, by and between all the parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs, disbursements or attorneys' fees to any of the parties.

**IT IS FURTHER STIPULATED**, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, counterclaims and crossclaims, without costs, disbursements or attorneys' fees to any of the parties, may be entered herein.

FILED JUL 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 22 2002
DEPUTY CLERK

**JOHNSON, LARSON & PETERSON, P.A.**

Dated: 7/12/02

By: Cindi S. Matt
Cindi S. Matt (#269359)
908 Commercial Drive
Buffalo, MN 55313
763-682-4550

Lawrence R. Altman (#135720)
1600 Foshay Tower
821 Marquette Avenue
Minneapolis, MN 55402-2919
612-904-1479

Attorneys for Plaintiff

**ERSTAD & RIEMER, P.A.**

Dated: 7/10/02

By: ____________________
James R. Andreen (#174373)
Attorneys for Defendant
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431
(952) 896-3700

**ORDER FOR JUDGMENT**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

**IT IS HEREBY ORDERED** that the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs, disbursements or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

July 22, 2002

John R. Tunheim

Judge of U.S. District Court